Natu J. Patel, SBN 188618
Daniel H. Ngai, SBN 302297
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, California 92653
Phone: 949.955.1077
Facsimile: 949.955.1877
NPatel@thePatelLawFirm.com

Sheetal S. Patel, SBN 252443
**LEONARDPATEL P.C.**
9891 Irvine Center Dr., Ste 100
Irvine, California 92618
Phone: 949.916.1500
Facsimile: 949.242.9711
spatel@leonardpatel.com

Attorneys for Plaintiff, Ashtel Studios, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHTEL STUDIOS, INC., a California corporation, dba SMART CARE<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MANUFACTURING CORP., an Illinois corporation, dba SMART CARE; SAM'S BEAUTY INC., an Illinois corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>1. TRADEMARK INFRINGEMENT (UNDER 15 U.S.C. § 1114);<br>2. COMMON LAW TRADEMARK INFRINGEMENT;<br>3. UNFAIR BUSINESS PRACTICES (UNDER CA. BUS. & PROF. CODE § 17200 et seq.);<br>4. DECLARATORY RELIEF;<br>• SEEKING CANCELLATION OF TRADEMARK REG. NO. 5,670,289;<br>• ESTABLISHING ASHTEL'S TRADEMARK PRIORITY RIGHTS<br><br>**DEMAND FOR JURY TRIAL** |

PLAINTIFF, Ashtel Studios, Inc. complains and alleges as follows:

## PARTIES

1.     Plaintiff, Ashtel Studios, Inc. ("Plaintiff" or "Ashtel"), doing business as Smart Care, is now, and at all times relevant herein was, a corporation organized under the laws of the State of California.  Currently, its principal place of business is in the City of Ontario, California.

**The Defendants.**

2.     Plaintiff is informed and believes, and on that basis alleges, that Defendant, Angela Manufacturing Corp. ("Angela"), doing business as Smart Care, is now, and at all times relevant herein was, a corporation organized under the laws of the State of Illinois with a principal place of business located in Elk Grove Village, Illinois.

3.     Plaintiff is informed and believes, and on that basis alleges that, Defendant, Sam's Beauty, Inc. ("Sam's Beauty") is a corporation organized under the laws of the State of Illinois with a principal place of business located at 1000 E. Business Center Dr., Mount Prospect, Illinois 60056.

4.     Plaintiff is informed and believes, and on that basis alleges that, Sam's Beauty is the owner of the domain names ikatehouse.com and samsbeauty.com.

5.     Angela and Sam's Beauty are collectively referred to herein as "Defendants."

6.     Plaintiff is informed and believes, and on that basis alleges, that Defendants are responsible for each of their acts and for their conduct, which are the true legal causes for the damages herein alleged.

## DOE ALLEGATIONS

7.     The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said defendants by such

fictitious names. Plaintiff will ask leave of Court to amend this Complaint when the same shall have been ascertained. Plaintiff is informed and believes, and based thereon alleges that each DOE defendant was responsible intentionally, or in some other actionable manner, for the events and happenings referred to herein, which proximately caused injury and damage to Plaintiff, as hereinafter alleged.

8. Any reference to "Defendants" shall refer to each named defendant and all DOE defendants, and to each of them.

**JURISDICTION AND VENUE**

9. This Court has original jurisdiction over this action pursuant to 17 U.S.C. § 301 and 28 U.S.C. §§ 1331 and 1338, in that this Complaint raises federal questions under the United States Trademark Act (Lanham Act), 15 U.S.C. § 1051 et seq. The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

10. The Court has personal jurisdiction over Defendants because they have purposefully engaged in business activities in and directed to California and have committed tortious acts within the State. Specifically, Defendants are purposefully using a trademark that is confusingly similar to Plaintiff's trademarks in connection with personal care products including, but not limited to, the sale of hand sanitizers throughout the United States and within the State of California. Since Plaintiff's extensive use and registered trademarks provide constructive notice of Plaintiff's intellectual property rights and Plaintiff's location, Defendants knew or should have known that their activities were directed towards California, and the effect of those activities would be felt in California.

11. The Court also has personal jurisdiction over Defendants because they have engaged in business activities in and directed to California and have committed tortious acts within the State. Plaintiff's Complaint arises out of those commercial activities.

12. Venue is proper in this district under 28 U.S.C. §§ 1391 (b) and (c) in that substantial injury occurred and continues to occur in this district, a substantial portion of the events that are the subject of this action took place in this district, and Defendants are doing business within this judicial district.

**AGENCY**

13. At all times herein mentioned, each Defendant was the agent, servant, joint venturer, partner or employee of the other Defendants, successor corporations, successors in interest, or entities and, in doing the things herein alleged, was acting within the purpose and scope of said agency or employment at the time of the incident. All Defendants were acting within the scope and course of that agency and employment and with the knowledge and implied and/or express consent and permission of the other Defendants.

**INTRODUCTION**

14. This case is about Defendants' egregious infringement of Ashtel's intellectual property rights, and other violations of federal and state law. It is egregious because Defendants have intentionally adopted, used, and continue to use an infringing trademark in order to unfairly compete with Ashtel and to trade upon Ashtel's goodwill.

15. As a manufacturer and supplier of personal care products including, but not limited to, hand sanitizers, toothbrushes, and soaps, Ashtel has obtained several registered trademarks in the United States and has sought to obtain worldwide intellectual property protection in other countries and regions such as Canada, the United Kingdom, China, and the European Union.

16. Over the past several years, Ashtel has used, and continues to use, the SMART CARE mark in connection with the marketing and sale of personal care products such as hand sanitizers, toothbrushes, and soaps.

17. Ashtel's products may be found in numerous major retail outlets across the United States.

18. With full knowledge of Ashtel's trademarks and related reputation for its high-quality products, Angela adopted the trade name "SMART CARE", which infringes upon Ashtel's registered SMART CARE trademarks. Angela further adopted and registered the SC SMART CARE mark (the "Infringing Mark"), and used it in connection with personal care products, including hand sanitizer products.

19. Angela's products bearing the Infringing Mark are sold and distributed through various retail outlets, including online retailer websites such as www.ikatehouse.com and www.samsbeauty.com, which are both owned by Sam's Beauty.

20. Defendants are not affiliated with Plaintiff in any way and do not have Plaintiff's permission to use the Infringing Mark. Defendants are aware that their actions are specifically prohibited and are on notice that Plaintiff has not consented to their actions in any way.

21. By this Complaint, Ashtel seeks to prevent deception, consumer confusion, mistake, annoyance, and loss of customer goodwill, and to protect its intellectual property and reputation from intentional copying and infringement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# FACTS

## ASHTEL'S OWNERSHIP OF THE SMART CARE MARKS.

22. Ashtel owns several trademark registrations and applications with the United States Patent and Trademark Office ("USPTO") for the SMART CARE mark, including, but not limited to the following:

## REGISTRATIONS

| Mark | Reg. No. | Class/Goods | Date of First Use | Filing Date | Reg. Date |
|---|---|---|---|---|---|
| SMART CARE | 4,549,261 | (IC 021) Manual toothbrushes; oral care kit comprising manual toothbrushes and floss | Apr. 10, 2014 | Aug. 5, 2013 | June 10, 2014 |
| SMART CARE | 5,216,823 | (IC 021) Apparatus and instruments for dental cleaning, namely, manual toothbrushes and electric toothbrushes; and parts of and accessories to aforesaid goods, namely, carrying pouches specifically adapted to hold manual and electric toothbrushes, and toothbrush head covers | July 15, 2014 | Aug. 2, 2016 | June 6, 2017 |
| SMART CARE | 5,235,348 | (IC 005) Antibacterial alcohol skin sanitizer gel; wound dressing, namely, bandages | Feb. 24, 2015 | July 29, 2016 | July 4, 2017 |

True and correct copies of the USPTO registration certificates for the above "SMART CARE Registrations" are attached collectively hereto as **Exhibit 1**.

/ / /

/ / /

/ / /

## APPLICATIONS

| Mark | App. No. | Class/Goods | Date of First Use | Filing Date | Status |
|---|---|---|---|---|---|
| SMART CARE | 90/030,676 | (IC 003) Hair shampoo; hair conditioner; facial lotion; body lotion; facial cream; body cream; body wash | Sept. 16, 2020 | July 1, 2020 | Pending |
| SMART CARE | 90/030,666 | (IC 003) Petroleum jelly for cosmetic purposes | Sept. 16, 2020 | July 1, 2020 | Pending |
| SMART CARE | 90/127,240 | (IC 003) Non-medicated liquid soap;<br><br>(IC 005) Antibacterial liquid soap;<br><br>disinfectant liquid soap;<br><br>first aid kits; and<br><br>health kits<br><br>(IC 008) Grooming kits | Sept. 26, 2020<br><br>July 9, 2020<br><br>Feb. 12, 2021<br><br>Oct. 6, 2017<br><br>Oct. 13, 2020<br><br>Sept. 26, 2020 | Aug. 20, 2020 | Pending |

SMART CARE trademark application numbers 90/030,676, 90/030,666, and 90/127,240 are collectively referred herein as the "SMART CARE Applications."

23.    Since Ashtel first applied for registration of the SMART CARE mark on August 5, 2013, it has continued to expand its use of the mark to other types of personal care products, including, but not limited to, hand sanitizer, toothbrushes, and related dental products. Ashtel also continued to apply for federal trademark registration for the SMART CARE mark as it expanded its SMART CARE

personal care product line.  See, e.g., the SMART CARE Registrations and Applications.

24.     At all times relevant herein, Ashtel has been, and still is, the owner of the exclusive rights, title, and interest in the SMART CARE marks for hand sanitizers, toothbrushes, and other related personal care products.  As such, Ashtel has the full and exclusive rights to bring suit to enforce its trademark rights, including the right to recover for past infringement.

**ASHTEL'S CONTINUOUS USE OF ITS MARKS.**

25.     Ashtel manufactures, distributes, and sells hand sanitizer, toothbrushes, and other related personal care products throughout the United States and internationally.

26.     Ashtel has been, and continues to be, marketing, distributing and offering its personal care products to thousands of customers and clients, including major retail outlets and online retailers, under the SMART CARE mark over the years.  Such major retail outlets include, but are not limited to, CVS, Walgreens, Walmart, Meijers, Wakefern, Hy-Vee, Family Dollar, Dollar General, and Dollar Tree.

27.     Since Ashtel first began using the SMART CARE mark, it has generated over $100 million in revenue in connection with the SMART CARE mark and the mark has become synonymous with Ashtel's widespread reputation for high quality personal care products.  As such, Ashtel owns considerable and valuable goodwill in the SMART CARE mark.

28.     For example, beginning on or before April 10, 2014, Ashtel began selling dental hygiene products under the SMART CARE mark and, throughout subsequent years, expanded the use of the mark for use with other personal care products including, but not limited to diapers, wipes, hand sanitizer, bandages, facial tissue, toothbrushes, tooth paste, and mouthwash.

29. Further, the SMART CARE mark is important it serves as an easily recognizable identifier for the high-quality personal care products that Ashtel offers.

**DEFENDANTS' WRONGFUL ACTS**

Ashtel's Priority over Angela's Infringing Trademark Registration.

30. On June 21, 2018, Angela applied for federal registration of the SC SMART CARE design mark (Serial No. 88/010,120) in connection with: "Hair care preparations; Skin and body topical lotions, creams and oils for cosmetic use; Non-medicated preparations all for the care of skin hair, and scalp" in International Class 3 (the "Angela Registration").

31. Ashtel is informed and believes, and on that basis alleges, that Angela applied for the SC SMART CARE mark on June 21, 2018 only *after* seeing the commercial success and expansion of Ashtel's various personal care products sold in connection with the SMART CARE mark throughout the years beginning on or before April 10, 2014. Angela's application alleges October 1, 2014 as the date of first use of the SC SMART CARE mark.

32. Ashtel is informed and believes, and on that basis alleges, that Angela alleged October 1, 2014 as its date of first use *after* seeing the success of Ashtel's personal care products. Angela's alleged date of first use (i.e., October 1, 2014) is over a year after Ashtel first applied for the SMART CARE mark (i.e. August 5, 2013) in connection with "manual toothbrushes; oral care kit comprising manual toothbrushes and floss" (Reg. No. 4,549,261), and six (6) months after Ashtel began using the mark (i.e., on or before April 10, 2014) in connection with the aforementioned goods. Therefore, Ashtel's SMART CARE mark has priority over Angela's Infringing Mark.

33. On February 5, 2019, Angela's Infringing Mark subsequently matured into trademark registration number 5,670,289. A copy of the certificate for the Angela Registration is attached as **Exhibit 2**.

34.     In addition to using the Infringing Mark, Ashtel is informed and believes, and on that basis alleges, that on or about April 25, 2016, Angela further adopted "SMART CARE" as a trade name ("Infringing Trade Name").  A certified copy of Angela's Application to Adopt Corporate Name, filed with the Illinois Secretary of State, is attached hereto as **Exhibit 3**.

35.     Given that Ashtel had been using the SMART CARE mark in commerce for at least four years prior to Angela's filing date for the Infringing Mark, and at least six (6) months prior to Angela's reported date of first use, Ashtel is further informed and believes, and on that basis alleges, that Angela knew, or should have known, about Ashtel's SMART CARE mark at the time it began using the Infringing Mark and Infringing Trade Name.

36.     Ashtel is informed and believes, and on that basis alleges, that as additional evidence of Angela's prior knowledge of Ashtel's SMART CARE marks, Angela voluntarily disclaimed the exclusive right to use the words "SMART CARE" apart from the mark as shown in its original application.  Ashtel is informed and believes, and on that basis alleges, that Angela did this for the purpose of securing trademark registration of the Infringing Mark.

37.     Since Ashtel has priority in the SMART CARE mark, the Angela Registration should be cancelled, and Angela should be enjoined from further use of the Infringing Mark and Infringing Trade Name.

Angela's Use of the Infringing Mark and Infringing Trade Name.

38.     Ashtel is informed and believes, and on that basis alleges that Angela has sold, marketed, or distributed hand sanitizers and related personal care products under the Infringing Trade Name and bearing the Infringing Mark ("Infringing Goods").

39.     Ashtel is informed and believes, and on that basis alleges, that Angela started using the Infringing Trade Name and the Infringing Mark in connection

with the Infringing Goods after Ashtel first began using the SMART CARE mark in commerce on or before April 10, 2014.

40. Ashtel is further informed and believes, and on that basis alleges, that Angela started using the Infringing Mark in connection with hand sanitizers after Ashtel began using the SMART CARE mark in connection with hand sanitizers on February 24, 2015.

41. Ashtel is further informed and believes, and on that basis alleges, that Angela was aware of the SMART CARE mark at the time it adopted the Infringing Trade Name and Infringing Mark by virtue of Ashtel's trademark registrations and widespread recognition for high quality personal care products.

42. Ashtel is informed and believes, and on that basis alleges, that despite this knowledge, Angela adopted the Infringing Trade Name and Infringing Mark to falsely convey to consumers, vendors, and third parties an association with Ashtel, and to unfairly trade and benefit from the reputation and goodwill of Ashtel's business.

43. Ashtel is informed and believes, and on that basis alleges, that Angela is distributing and selling the Infringing Goods through retail outlets and online retailers, including but not limited to, www.ikatehouse.com and www.samsbeauty.com (collectively, the "Online Stores").

44. Ashtel is informed and believes, and on that basis alleges, that Sam's Beauty and/or its agent(s) owns the domain names for the Online Stores because the business address identified on the website for each of the Online Stores is the same as the address identified as Sam's Beauty's principal place of business, i.e. 1000 E. Business Center Dr., Mount Prospect, Illinois 60056. Further, when performing a WHOIS search for the registrant of the ikatehouse.com domain name, Sam's Beauty is identified as the registrant.

45. Ashtel is informed and believes, and on that basis alleges, that Angela is supplying Sam's Beauty with Infringing Goods bearing the Infringing Mark to sell in commerce.

Sam's Beauty's Use of the Infringing Mark.

46. Ashtel is further informed and believes, and on that basis alleges, that Sam's Beauty has been continuously selling Angela's hand sanitizer and related personal care products bearing the Infringing Mark via the Online Stores. True and correct copies of images showing Defendants' use of the Infringing Mark in connection with the sale of hand sanitizer and related goods on the websites for the Online Stores are attached collectively as **Exhibit 4**.

Defendants' Use of the Infringing Mark is Likely to Cause Consumer Confusion

47. Ashtel is further informed and believes, and on that basis alleges, that Angela intentionally, and in bad faith, adopted the Infringing Trade Name and used the Infringing Mark to trade on the recognition and goodwill associated with the SMART CARE mark, to deceive consumers, vendors and third parties, to attract new business in competition with Ashtel, and to derive an economic benefit therefrom. The Defendants knowingly used and continue to use the Infringing Trade Name and Infringing Mark in commerce without Ashtel's consent or authorization.

48. Ashtel is informed and believes, and on that basis alleges, that given the identical or related nature of Ashtel's products and of the products sold by Defendants, and the similarity between SC SMART CARE and SMART CARE, consumers are likely to be confused as to the source or origin of the products.

49. The goods that Defendants offer in connection with the Infringing Mark are in the same or related category of personal care goods that Ashtel offers under the SMART CARE Registrations. Therefore, Defendants' use of the Infringing Trade Name and Infringing Mark is likely to cause consumer confusion.

50. Ashtel is further informed and believes, and on that basis alleges, that consumers are likely to be confused as to the source or origin of the parties' products because the goods at issue are all highly related personal care products that can be commonly found in the same retail stores and in some cases, the same aisles within such stores.

51. Ashtel is further informed and believes, and on that basis alleges, that Ashtel and Defendants have convergent marketing channels since they market their goods online, in retail stores, in California, and throughout the United States. Defendants' use of convergent marketing channels increases the likelihood of consumer confusion.

52. Defendants' continued use of the Infringing Trade Name and Infringing Mark is thus likely to lead consumers to mistakenly conclude that Defendants are somehow affiliated, connected, or associated with Ashtel when, in fact, they are not. Any dissatisfaction with the goods distributed and sold by Defendants is likely to negatively affect Ashtel's reputation. Consumers are also likely to be misled and confused as to the true source, sponsorship, or affiliation of the goods distributed and sold by Defendants.

53. Ashtel never consented, either orally or in writing, to allow Defendants to use a trademark/trade name similar/identical to the SMART CARE mark for any reason. However, Defendants knowingly used and continue to use the Infringing Mark and/or Infringing Trade Name without Ashtel's consent or authorization.

<u>Angela's Misuse of the Registered Trademark Symbol.</u>

54. Ashtel is informed and believes, and on that basis alleges, that Angela is purposefully misusing the registered trademark symbol ® next to the words "Smart Care" to deceive consumers into believing that it owns trademark rights to the words.

**FIRST CLAIM FOR RELIEF**
**[Trademark Infringement Under Lanham Act 15 U.S.C. § 1114]**
**(Against All Defendants)**

55. Ashtel re-alleges and incorporates by this reference paragraphs 1 through 54, inclusive, of this Complaint as if fully set forth herein.

56. Angela's use of the Infringing Trade Name, which is identical to the SMART CARE mark, to promote, advertise, market, and/or sell hand sanitizers and personal care products constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

57. Further, Angela's use of the Infringing Mark, which is confusingly similar to the SMART CARE mark, to sell hand sanitizer and related goods, and Sam's Beauty's sale of such goods bearing the Infringing Mark, also constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

58. Ashtel is informed and believes, and on that basis alleges, that its use of the SMART CARE mark in commerce predates Angela's use of the Infringing Trade Name and Infringing Mark in commerce.

59. Ashtel is informed and believes, and on that basis alleges, that Defendants continue to market, offer, and sell their products under the Infringing Mark, in direct competition with the products that Ashtel markets, offers, and sells under the SMART CARE marks. Defendants therefore use the Infringing Mark in connection with, and on, the same or related category of products as Ashtel.

60. The Infringing Trade Name and Infringing Mark are so similar in appearance, pronunciation, meaning, and commercial impression to the SMART CARE mark that consumers are likely to be confused as to the source of the parties' goods.

61. Ashtel is informed and believes, and on that basis alleges, that Defendants market, advertise and sell the products under the Infringing Trade Name and bearing the Infringing Mark through various channels including, but not

limited to, the Internet and retail stores. These are the same channels through which Ashtel advertises, markets, and sells its products.

62. Ashtel is informed and believes, and on that basis alleges, that Angela intentionally and willfully adopted the Infringing Trade Name and Infringing Mark in an effort to deceive or cause confusion with the consuming public.

63. Ashtel is informed and believes, and on that basis alleges, that Angela continues to use the Infringing Trade Name and Defendants continue to sell products bearing the Infringing Mark, despite knowledge that they are likely to cause confusion with the SMART CARE mark.

64. Defendants' attempts to cause confusion, or to cause mistake, or to deceive indicate an intentional and willful infringement upon the SMART CARE mark.

65. Angela's continued use of the Infringing Trade Name, and Defendants' continued use of the Infringing Mark also demonstrates their intentional and willful infringement of the SMART CARE mark.

66. Defendants' intentional, continuing, and willful infringement of the SMART CARE mark has caused, and will continue to cause, damage to Ashtel, and is causing irreparable harm to Ashtel for which there is no adequate remedy at law.

67. As a proximate and direct result of the Defendants' acts as herein alleged, Ashtel has sustained damages in an amount to be proven at trial.

68. Defendants are directly, contributorily, and/or vicariously liable for these actions.

**SECOND CLAIM FOR RELIEF**
**[Common Law Trademark Infringement and Unfair Competition]**
**(Against All Defendants)**

69. Ashtel re-alleges and incorporates by this reference paragraphs 1 through 68, inclusive, of this Complaint as if fully set forth herein.

70. Ashtel is informed and believes, and on that basis alleges, that Defendants' aforesaid acts constitute actionable wrongs under the common law in that Defendants' use of the Infringing Mark and/or Infringing Trade Name constitute the infringement and violation of Ashtel's rights in its trademarks.

71. In addition, Defendants' aforesaid acts create a likelihood that Ashtel's customers, potential customers, and the public generally will be confused or misled as to the source of goods because they are likely to believe that Defendants' products are identical to, or affiliated with, those of Ashtel.

72. By reason of the foregoing unlawful acts, the Defendants have caused, and continue to cause, substantial and irreparable damage and injury to Ashtel and to the public. Defendants have benefited from such unlawful conduct and will continue to carry out such unlawful conduct and to be unjustly enriched thereby unless enjoined by this Court.

73. As a proximate and direct result of Defendants' acts as herein alleged, Ashtel has sustained damages in an amount to be proven at trial.

74. Defendants are directly, contributorily and/or vicariously liable for these actions.

**THIRD CLAIM FOR RELIEF**
**[Unfair Business Practices – Violation of California Business and Professions Code § 17200 et seq.]**
**(Against All Defendants)**

75. Ashtel re-alleges and incorporates by this reference paragraphs 1 through 74, inclusive, of this Complaint as if fully set forth herein.

76. Ashtel is informed and believes, and on that basis alleges, that Defendants' aforesaid acts constitute actionable wrongs under California Business and Professions Code § 17200 *et seq*. in that Defendants' unlawful, unfair, or fraudulent use of words, terms, or symbols, or a combination thereof, which are identical/similar to the SMART CARE mark, create a probability of confusion or

misunderstanding as to the source, sponsorship, approval, or certification of Ashtel's and Defendants' products.

77. Ashtel is informed and believes, and on that basis alleges, that Defendants have marketed and sold and continue to market and sell hand sanitizer and related products using words, terms and symbols which are identical/similar to the SMART CARE mark, in an attempt to unfairly compete with Ashtel.

78. Ashtel is further informed and believes, and on that basis alleges, that Defendant has also been attempting to unfairly compete with Ashtel through the use of deceptive and/or misleading advertising. Such deceptive tactics include, but are not limited to, using the ® symbol next to the words "smart care" to deceive consumers into believing that Angela owned exclusive trademark rights to the words.

79. By reason of the foregoing unlawful acts, Defendants have caused, and continue to cause, substantial and irreparable damage and injury to Ashtel and to the public. Defendants have benefited from such unlawful conduct and will continue to carry out such unlawful conduct and to be unjustly enriched thereby, unless enjoined by this Court.

80. As a proximate and direct result of Defendants' acts as herein alleged, Ashtel has sustained damages in an amount to be proven at trial.

81. Defendants are directly, contributorily and/or vicariously liable for these actions.

**FOURTH CLAIM FOR RELIEF**

**[Declaratory Relief Seeking Cancellation of the Angela Registration and Establishing Ashtel's Trademark Priority Rights.]**

**(Against Defendant Angela)**

82. Ashtel re-alleges and incorporates by reference paragraphs 1 through 81, inclusive, of this Complaint as if fully set forth herein.

83.    Ashtel has been damaged by Angela's adoption of the identical trade name "SMART CARE" to sell, market, or distribute hand sanitizers and other related products.

84.    Ashtel has been further damaged by the Angela Registration of SC SMART CARE mark in connection with "hair care preparations; skin and body topical lotions, creams and oils for cosmetic use; non-medicated preparations all for the care of skin, hair and scalp" (collectively, "Angela's Goods").

85.    Ashtel is informed and believes, and on that basis alleges, that Ashtel's use of the SMART CARE mark in connection with personal care products such as toothbrushes and related dental products precedes Angela's adoption of the Infringing Trade Name and registration for the Infringing Mark in connection with Angela's Goods.

86.    Ashtel has priority trademark rights over the Angela Registration based on Ashtel's continuous use and expansion of the SMART CARE mark in connection with personal care products since as early as April 10, 2014.

87.    As a result of Ashtel's widespread and continuous use of the term "SMART CARE" in connection with personal care products, Ashtel owns prior and valid rights to its SMART CARE marks in connection with the same or related category of goods.

88.    Despite Ashtel's priority trademark rights in the SMART CARE mark, the Angela Registration has prevented and continues to prevent Ashtel from obtaining registration of the SMART CARE Applications, for use in connection with other personal care products.

89.    By reason of the foregoing unlawful acts, Angela has caused, and continues to cause, substantial and irreparable damage and injury to Ashtel and to the public.  Angela has benefited from such unlawful conduct, and will continue to carry out such unlawful conduct and to be unjustly enriched thereby, unless enjoined by this Court.

90. Accordingly, a judicial determination is essential at this time finding that Angela's use of and registration for SC SMART CARE is confusingly similar to Ashtel's prior use of and registration for SMART CARE in connection with personal care products.

91. Further, a judicial determination is necessary to establish Ashtel's trademark priority rights in the SMART CARE Registrations and SMART CARE Applications based on Ashtel's use of the SMART CARE mark in connection with personal care products.

**PRAYER FOR RELIEF**

WHEREFORE, Ashtel respectfully prays for judgment against Defendants as follows:

**ON THE FIRST CLAIM AND SECOND CLAIMS:**

1. An order finding that Defendants' use of the Infringing Mark in connection with the marketing and sale of hand sanitizers and related products in the United States is likely to cause confusion with the SMART CARE Marks;

2. An order finding that Defendants have infringed Ashtel's intellectual property rights;

3. An order requiring Defendants to account for and disgorge any and all profits received by the use of Ashtel's intellectual property pursuant to 15 U.S.C. § 1117(a)(1) or other applicable federal and state law;

4. An award of the attorneys' fees and costs of this action, in an amount to be determined at trial, pursuant to 15 U.S.C. § 1117 and other applicable federal and state law;

5. A preliminary and permanent injunction, pursuant to 15 U.S.C. § 1116, enjoining and prohibiting Defendants and any of their officers, directors, employees, agents, subsidiaries, distributors, dealers, and all persons in active concert or participation with any of them from:

A) Using the Infringing Trade Name and Infringing Mark, or any marks confusingly similar to the SMART CARE mark, in any manner, for purposes of advertising, selling, or soliciting purchases of products or merchandise;

B) Infringing on Ashtel's trademarks; and

C) Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (A) and (B) above;

6.    An order requiring the Defendants and their agents, servants, and employees and all persons acting in concert with or for them to file with this Court and serve on Ashtel, within thirty (30) days after service of an injunction, a report in writing, under oath, setting forth in detail the manner and form in which the Defendants have complied with the applicable injunction, pursuant to 15 U.S.C. § 1116;

7.    Pre-judgment interest on any amounts awarded at the maximum legal rate as permitted by law and equity; and

8.    Any other or further relief that the Court deems appropriate, proper, and just.

**ON THE THIRD CLAIM:**

9.    An order finding that Defendants have infringed Ashtel's intellectual property rights and unfairly competed with Ashtel;

10.    Judgment for Ashtel and against Defendants for actual, special, and consequential damages, in an amount to be proven at trial and for costs incurred in the litigation;

11.    An order requiring Defendants to account for and disgorge all gains, profits, and advantages from the violations of California state and common law;

12.    A preliminary and permanent injunction, enjoining and prohibiting Defendants and any of their officers, directors, employees, agents, subsidiaries, distributors, dealers, and all persons in active concert or participation with any of

them from using the Infringing Trade Name and Infringing Mark to advertise, solicit business, or otherwise compete with Ashtel;

13.    Pre-judgment interest on any amounts awarded at the maximum legal rate as permitted by law and equity; and

14.    Any other or further relief that the Court deems appropriate, proper, and just.

**ON THE FOURTH CLAIM:**

15.    An order finding that Angela's continued registration for SC SMART CARE in connection with "hair care preparations; skin and body topical lotions, creams and oils for cosmetic use; non-medicated preparations all for the care of skin, hair and scalp" in the United States is likely to cause damage to Ashtel;

16.    An order establishing that Ashtel has priority trademark rights over Angela in the SMART CARE mark in connection with personal care products;

17.    An order directing the Director of the USPTO to cancel the Angela Registration;

18.    An order directing the Director of the USPTO to allow the SMART CARE Applications to proceed to registration;

19.    A preliminary and permanent injunction, pursuant to 15 U.S.C. § 1116, enjoining and prohibiting Angela and any of their officers, directors, employees, agents, subsidiaries, distributors, dealers, and all persons in active concert or participation with any of them from further use of SMART CARE and/or SC SMART CARE as a trade name or trademark;

20.    Pre-judgment interest on any amounts awarded at the maximum legal rate as permitted by law and equity; and

21.    Any other or further relief that the Court deems appropriate, proper, and just.

DATED: April 9, 2021

Respectfully Submitted,
**THE PATEL LAW FIRM, P.C.**

Natu J. Patel
Daniel H. Ngai
Attorneys for Plaintiff
Ashtel Studios, Inc.

**DEMAND FOR TRIAL BY JURY**

Plaintiff Ashtel Studios, Inc. hereby demands a trial by jury on all issues triable by jury.

DATED: April 9, 2021

Respectfully Submitted,
**THE PATEL LAW FIRM, P.C.**

Natu J. Patel
Daniel H. Ngai
Attorneys for Plaintiff
Ashtel Studios, Inc.

# Exhibit 1



# Smart Care

**Reg. No. 4,549,261**

**Registered June 10, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

ASHTEL STUDIOS INC (CALIFORNIA CORPORATION), DBA BRUSH BUDDIES,
7950 CHERRY AVE, #103
FONTANA, CA 92336

FOR: MANUAL TOOTHBRUSHES; ORAL CARE KIT COMPRISING MANUAL TOOTHBRUSHES AND FLOSS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-10-2014; IN COMMERCE 4-10-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CARE", APART FROM THE MARK AS SHOWN.

SN 86-029,069, FILED 8-5-2013.

KIM MONINGHOFF, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

# SMART CARE

**Reg. No. 5,216,823**

**Registered Jun. 06, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Ashtel Studios, Inc. (CALIFORNIA CORPORATION), DBA Brush Buddies ,
7950 Cherry Avenue, Suite 103
Fontana, CA 92336

CLASS 21: apparatus and instruments for dental cleaning, namely, manual toothbrushes and electric toothbrushes; and parts of and accessories to aforesaid goods, namely, carrying pouches specifically adapted to hold manual and electric toothbrushes, and toothbrush head covers

FIRST USE 7-15-2014; IN COMMERCE 7-15-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4549261

SER. NO. 87-123,672, FILED 08-02-2016
CHRISTOPHE BUONGIORNO, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SMART CARE

**Reg. No. 5,235,348**

**Registered Jul. 04, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Ashtel Studios, Inc. (CALIFORNIA CORPORATION), DBA Brush Buddies ,
7950 Cherry Avenue, Suite 103
Fontana, CA 92336

CLASS 5: antibacterial alcohol skin sanitizer gel; wound dressing, namely, bandages

FIRST USE 2-24-2015; IN COMMERCE 2-24-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4549261

SER. NO. 87-120,882, FILED 07-29-2016
CHRISTOPHE BUONGIORNO, EXAMINING ATTORNEY

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# Exhibit 2

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,670,289**

**Registered Feb. 05, 2019**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

ANGELA MANUFACTURING CORP. (ILLINOIS CORPORATION), DBA SMART CARE
2471 United Ln.
Elk Grove Village, ILLINOIS 60007

CLASS 3: Hair care preparations; Skin and body topical lotions, creams and oils for cosmetic use; Non-medicated preparations all for the care of skin, hair and scalp

FIRST USE 10-1-2014; IN COMMERCE 10-1-2014

The mark consists of A stylized capital letter "S" and capital letter "C" are shown upper, then capital letters of "SMART CARE" are shown below.

No claim is made to the exclusive right to use the following apart from the mark as shown: "SMART CARE"

SER. NO. 88-010,120, FILED 06-21-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# Exhibit 3

CD0234935

Form **BCA-4.15/4.20** (Rev. Aug. 2014)
**APPLICATION TO ADOPT, CHANGE OR CANCEL AN ASSUMED CORPORATE NAME**
Business Corporation Act

FILED
MAY 24 2016
JESSE WHITE
SECRETARY OF STATE

PAID
MAY 25 2016
DEPARTMENT OF BUSINESS SERVICES

Secretary of State
Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-9520
217-782-6961
www.cyberdriveillinois.com

Payment must be made by check or money order payable to Secretary of State.

Filing fee $ 120 File # 6983-993-2 Approved: [signature]

---- **Submit in duplicate** ---- **Type or Print clearly in black ink** ---- **Do not write above this line** ----

1. Corporate Name: ANGELA MANUFACTURING CORP.
2. State or Country of Incorporation: ILLINOIS
3. Date Incorporated (if an Illinois corporation) or Date Authorized to Transact Business in Illinois (if a foreign corporation):

   11/21/2014.
   Month Day Year

**Complete No. 4 and No. 5 if adopting or changing an assumed corporate name.**

4. Corporation intends to adopt and to transact business under the assumed corporate name of:

   SMART CARE

5. The right to use the assumed corporate name shall be effective from the date this application is filed by the Secretary of State until 11/01/2020 (Month Day Year), the first day of the corporation's anniversary month in the next year evenly divisible by five.

**Complete No. 6 if changing or cancelling an assumed corporate name.**

6. Corporation intends to cease transacting business under the assumed corporate name of:

   ____________________

7. The undersigned corporation has caused this statement to be signed by a duly authorized officer who affirms, under penalties of perjury, that the facts stated herein are true and correct.

Dated APRIL 25, 2016 (Month Day Year)

ANGELA MANUFACTURING CORP.
Exact Name of Corporation

[signature]
Any Authorized Officer's Signature

CHANG WON RHEE / PRESIDENT
Name and Title (type or print)

**NOTE:** The filing fee to adopt an assumed corporate name is $150 if the current year ends with a 0 or 5; $120 if the current year ends with a 1 or 6; $90 if the current year ends with a 2 or 7; $60 if the current year ends with a 3 or 8; or $30 if the current year ends with a 4 or 9.

The fee for cancelling an assumed corporate name is $5.

The fee to change an assumed name is $25.

*File Number* 6983-993-2

**To all to whom these Presents Shall Come, Greeting:**

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR ANGELA MANUFACTURING CORP..

***In Testimony Whereof,*** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 9TH *day of* APRIL *A.D.* 2021 .

Authentication #: 2109902945 verifiable until 04/09/2022.
Authenticate at: http://www.cyberdriveillinois.com

Jesse White

SECRETARY OF STATE

# Exhibit 4

FREE SHIPPING ON ALL U.S. ORDERS OVER $30

$1.99 FLAT RATE SHIPPING WITH ORDER OVER $5.99
PROMO CODE: FLAT199

SHOP BY BRAND SEARCH

ikatehouse

Account

Cart(0)

NEW ARRIVALS BEST SELLERS PALETTES VALUE SETS FACE EYE LIP NAIL TOOLS & BRUSHES JEWELRY SALE & DEALS

HOME > SMART CARE

New Arrivals(5)
Face(6)
Lip(3)
Tools & Brushes(3)

1.00 ~ 2.00 (4)
2.00 ~ 3.00 (1)
3.00 ~ 4.00 (2)
4.00 ~ 5.00 (3)

## SMART CARE

Sort By Show 24 48 96

Smart Care 100% All Natural Aloe Vera Alcohol Free Fragrance Free
~~$6.99~~ $4.99

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)
~~$9.99~~ $5.99

Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz
~~$9.99~~ $3.99

Smart Care 100% Virgin Shea Butter with Lanolin Foot Cream
~~$3.99~~ $2.49

Smart Care 2-in-1 Double Sided Silicone Sponge Makeup Blender
~~$3.99~~ $1.00
[ Shop 2 Styles ]

Smart Care 100% Pure Natural Cocoa Butter Stick
~~$2.99~~ $1.99

SMART CARE LIP REMEDY ORG 0.5OZ
~~$1.99~~ $1.00

Smart Care 100% Virgin African Black Soap 8oz
~~$6.99~~ $4.99

Smart Care 100% All Natural Aloe Vera Healing Gel 8oz
~~$6.99~~ $4.99

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)
~~$9.99~~ $3.99

Smart Care Cocoa Butter All Natural Lip Balm
~~$1.99~~ $1.00

Sort By Show 24 48 96

4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 35 of 67 Page ID #:35
Search - iKateHouse

GET NEWSLETTER enter your email

CONNECT WITH US

HOME ABOUT US SHIPPING POLICY COMPANY POLICY MUA & STORE ORDER STATUS

FAQ EMAIL TEXT

10%

https://www.ikatehouse.com/service/brand/S49/S01/SMART-CARE.html 2/2

4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 36 of 67 Page ID #:36
Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle) | iKatehouse

$1.99 FLAT RATE SHIPPING WITH ANY ORDER OVER $5.99 / PROMO CODE: FLAT199

FREE SHIPPING ON ALL U.S. ORDERS OVER $30

SHOP BY BRAND SEARCH
BRAND

ikatehouse

Account

Cart(0)

NEW ARRIVALS BEST SELLERS PALETTES VALUE SETS FACE EYE LIP NAIL TOOLS & BRUSHES JEWELRY SALE & DEALS

HOME > FACE > PERSONAL CARE > SMART CARE HAND SANITIZER NON STERILE SOLUTION 8OZ (PUMP BOTTLE)

SMART CARE®
Alcohol Antiseptic 70%
Topical Solution
HAND
SANITIZER
Non-sterile Solution
8 Fl Oz ( 237 mls)

2 REVIEWS

# Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

21671776 | by SMART CARE

~~$9.99~~ $3.99

- 1 +

ADD TO BAG

## PRODUCT INFORMATION

Smart Care Hand Sanitizer Non Sterile Solution 8oz

*USES*

- Hand sanitizer to help reduce bacteria that potentially can cause disease.
- For use when soap and water are not available.

*DO NOT USE*

- In children less than 2 months of age
- On open skin wounds

*DIRECTIONS*

- Place enough product on hands to cover all surfaces. Rub hands together until dry.
- Supervise children under 6 years of age when using this product to avoid swallowing.

10%

https://www.ikatehouse.com/service/Smart-Care-Hand-Sanitizer-Non-Sterile-Solution-8oz-Pump-Bottle-g-21671776.html 1/5

SMART CARE®
Alcohol Antiseptic 70%
Topical Solution
HAND
SANITIZER
Non-sterile Solution
8 Fl Oz ( 237 mls)
HAND
SANITIZER
NON-STERILE SOLUTION
Alcohol 70%

10%

# USES

Hand sanitizer to help reduce bacteria that potentially can cause disease.



For use when soap and water are not available.



10%

Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 39 of 67 Page ID #:39

# HOW TO USE

Dispense the hand sanitizer on your palms.

Rub well over palms, back of hands and fingernails until dry.

Waterless use for refreshingly clean hands.

YOU MAY ALSO LIKE

Purease Sterilize Antiseptic Hand Sanitizer Gel Lemon Sent 16.9oz

~~$0.99~~ $2.99

3D Fashion Protective Washable and Reusable Face Masks

~~$4.99~~ $1.00

Liquid Pro Hand Sanitizer Gel with Aloe 2oz

~~$2.99~~ $1.00

Multy Bandana for Head and Face and Neck

~~$1.99~~ $1.00

## RECENTLY VIEWED PRODUCTS

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

~~$9.99~~ $3.99

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)

~~$9.99~~ $5.99

## RATINGS & REVIEWS

5.0

Based on 2 reviews

**WRITE A REVIEW**

5 Stars

4 Stars

3 Stars

2 Stars

1 Stars

**WHAT EXPERTS ARE SAYING!**

2 Item(s)

Angelica

**Great stuff** -04/11/2020

It''s nice and smooth, dries quickly, and feels great once dried. It''s very perfumey but I don''t mind it... My husband probably will lol

niki

**Ordering more!** -04/02/2020

I purchased 2 of these sanitizers and I definitely will be ordering more! It has a pleasant fragrance and definitely comes in handy.

GET **NEWSLETTER** enter your email

CONNECT WITH US 

HOME ABOUT US SHIPPING POLICY COMPANY POLICY MUA & STORE ORDER STATUS

FAQ EMAIL TEXT

10%

4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 41 of 67 Page ID #:41
Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz - KateHouse

$1.99 FLAT RATE SHIPPING WITH ANY ORDER OVER $5.99 / PROMO CODE: FLAT199

FREE SHIPPING ON ALL U.S. ORDERS OVER $30

SHOP BY BRAND BRAND SEARCH

ikatehouse

Account Cart(0)

NEW ARRIVALS BEST SELLERS PALETTES VALUE SETS FACE EYE LIP NAIL TOOLS & BRUSHES JEWELRY SALE & DEALS

HOME > BEST SELLERS > PERSONAL CARE > SMART CARE HAND SANITIZER NON ALCOHOL AND STERILE SOLUTION 8OZ

SMART CARE
VIRGIN SKIN CARE
NON ALCOHOL
Topical Solution
HAND
SANITIZER
Non-Sterile Solution
8 Fl Oz (237 mls)

# Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

82299417 | by SMART CARE

~~$9.99~~ $3.99

- 1 +

ADD TO BAG

## PRODUCT INFORMATION

Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

- Active Ingredient
- Benzalkonium Chloride 0.12%
- De-Ionized Water
- Glycerin
- Aloe Vera
- Dmdm Hydantoin Preservative

*USES*

Hand sanitizer to decrease bacteria on the skin-recommended for repeated use.

*DRUG FACTS (CONT.)*

*STOP USE AND CONSULT A DOCTOR IF* IRRITATION OR REDNESS DEVELOPS.

*KEEP OUT OF REACH OF CHILDREN.* IF SWALLOWED, GET MEDICAL ASSISTANCE OR CINTACT A POISON CONTROL CENTER IMMEDIATELY.

*DIRECTIONS* RUB THOROUGHLY OVER ALL SURFACES OF BOTH HANDS. RUB HANDS TOGETHER BRISKLY UNTIL DRY.

*INACTIVE INGREDIENTS* ALOE BARBADENSIS LEAF EXTRACY. FRAGRANCE, HYDROZYETHYL, CELLULOSE, PROPYLENE GLYCOL, WATER.

10%

https://www.ikatehouse.com/service/Smart-Care-Hand-Sanitizer-Non-Alcohol-and-Sterile-Solution-8oz-g-82299417.html 1/3

# DRUG FACTS

| ACTIVE INGREDIENT | PURPOSE |
| --- | --- |
| BENZALKONIUM CHLORIDE 0.12% | ANTISEPTIC |
| DE-IONIZED WATER | |
| GLYCERIN | |
| ALOE VERA | |
| DMDM HYDANTOIN PRESERVATIVE | |

**USES** HAND SANITIZER TO DECREASE BACTERIA ON THE SKIN - RECOMMENDED FOR REPEATED USE.

**WARNINGS**

**FOR EXTERNAL USE ONLY**

**WHEN USING THIS PRODUCT** KEEP OUT OF EYES. IN CASE OF CONTACT, FLUSH EYE WITH WATER.

# DRUG FACTS (CONT.)

**STOP USE AND CONSULT A DOCTOR IF** IRRITATION OR REDNESS DEVELOPS.

**KEEP OUT OF REACH OF CHILDREN.** IF SWALLOWED, GET MEDICAL ASSISTANCE OR CONTACT A POISON CONTROL CENTER IMMEDIATELY.

**DIRECTIONS** RUB THOROUGHLY OVER ALL SURFACES OF BOTH HANDS. RUB HANDS TOGETHER BRISKLY UNTIL DRY.

**INACTIVE INGREDIENTS** ALOE BARBADENSIS LEAF EXTRACT. FRAGRANCE, HYDROXYETHYL-CELLULOSE, PROPYLENE GLYCOL, WATER.

**RECENTLY VIEWED PRODUCTS**

Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

~~$9.99~~ $3.99

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

~~$9.99~~ $3.99

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)

~~$9.99~~ $5.99

RATINGS & REVIEWS

0.0

Based on 0 reviews

WRITE A REVIEW

5 Stars

4 Stars

3 Stars

2 Stars

1 Stars

WHAT EXPERTS ARE SAYING!

GET NEWSLETTER

enter your email

CONNECT WITH US

HOME ABOUT US SHIPPING POLICY COMPANY POLICY MUA & STORE ORDER STATUS

FAQ EMAIL TEXT

10%

4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 44 of 67 Page ID #:44
Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap) | ikateHouse

$1.99 FLAT RATE SHIPPING WITH ANY ORDER OVER $5.99 / PROMO CODE: FLAT199

FREE SHIPPING ON ALL U.S. ORDERS OVER $30

SHOP BY BRAND SEARCH
BRAND

ikatehouse

Account

Cart(0)

NEW ARRIVALS BEST SELLERS PALETTES VALUE SETS FACE EYE LIP NAIL TOOLS & BRUSHES JEWELRY SALE & DEALS

HOME > BEST SELLERS > PERSONAL CARE > SMART CARE HAND SANITIZER NON STERILE SOLUTION 8OZ (DISC CAP)

SMART CARE®
Alcohol Antiseptic 70%
Topical Solution
HAND
SANITIZER
Non-sterile Solution
8 Fl Oz ( 237 mls)

1 REVIEWS

# Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)

80465017 | by SMART CARE

~~$9.99~~ $5.99

- 1 +

ADD TO BAG

## PRODUCT INFORMATION

Smart Care Hand Sanitizer Non Sterile Solution 8oz

*USES*

- Hand sanitizer to help reduce bacteria that potentially can cause disease.
- For use when soap and water are not available.

*DO NOT USE*

- In children less than 2 months of age
- On open skin wounds

*DIRECTIONS*

- Place enough product on hands to cover all surfaces. Rub hands together until dry.
- Supervise children under 6 years of age when using this product to avoid swallowing.

10%

https://www.ikatehouse.com/service/Smart-Care-Hand-Sanitizer-Non-Sterile-Solution-8oz-Disc-Cap-g-80465017.html 1/5

SMART CARE®
Alcohol Antiseptic 70%
Topical Solution
HAND
SANITIZER
Non-sterile Solution
8 Fl Oz ( 237 mls)
HAND
SANITIZER
NON-STERILE SOLUTION
Alcohol 70%

10%

# USES

Hand sanitizer to help reduce bacteria that potentially can cause disease.



For use when soap and water are not available.



10%

# HOW TO USE

1 Dispense the hand sanitizer on your palms.

2 Rub well over palms, back of hands and fingernails until dry.

3 Waterless use for refreshingly clean hands.

YOU MAY ALSO LIKE

Liquid Pro Hand Sanitizer Gel with Aloe 2oz

~~$2.99~~ $1.00

Premium 4-Ply Protective Filtration Disposable Face Mask

~~$16.99~~ $6.99

Multy Scarf for Head and Face and Neck

~~$4.99~~ $2.99

Safety Face Shield with Protective Clear Film

~~$2.99~~ $1.99

## RECENTLY VIEWED PRODUCTS

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)

~~$9.99~~ $5.99

Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

~~$9.99~~ $3.99

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

~~$9.99~~ $3.99

## RATINGS & REVIEWS

5.0

Based on 1 reviews

**WRITE A REVIEW**

5 Stars

4 Stars

3 Stars

2 Stars

1 Stars

**WHAT EXPERTS ARE SAYING!**

1 Item(s)

ameshia

**Great** -05/03/2020

This hand sanitizer is wonderful

GET NEWSLETTER enter your email

CONNECT WITH US   f

HOME ABOUT US SHIPPING POLICY COMPANY POLICY MUA & STORE ORDER STATUS

FAQ EMAIL TEXT

10%







SEARCH

# SEARCH

WIGS (1)

BRAIDS (1)

HAIR CARE (48)

MAKEUP (31)

**FILTER BY** All Filter

**BRAND**

SMART CARE (62)

**PRICE**

# 'smart care' - Search Result(s).

Sort by: DEFAULT

Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

**$3.99** ~~$9.99~~

★★★★★

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)

**$5.99** ~~$9.99~~

★★★★★

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

**$3.99** ~~$9.99~~

Smart Care 100% Natural Aloe Vera Healing Clear Gel 8oz

**$4.99** ~~$6.99~~

Smart Care Whipped Yellow Shea Nut Butter w/ Borututu Bark and Sunflower Oil

**$1.00** ~~$1.99~~

Smart Care Professional Duo Tex Ultimate Protein Conditioner 32oz

**$17.99** ~~$19.99~~

Smart Care 100% All Natural Aloe Vera Alcohol Free Fragrance Free 8oz

**$4.99** ~~$6.99~~

Smart Care 100% Pure Glycerin Vegetable Kosher Food Grade

**$5.99** ~~$7.99~~

Smart Care 2-in-1 Double Sided Silicone Sponge Makeup Blender - Colors may vary

**$1.00** ~~$3.99~~

Smart Care Brazilian Remi 24 Hour Hold Anti-Static Braid & Twist Spray 2oz

**$1.99** ~~$3.99~~

Smart Care Organic Extra Virgin Coconut Oil All Hair/Skin types 15oz

**$6.99** ~~$9.99~~

Smart Care 100% Virgin Pure Neem Essential Oil 4oz

**$7.99** ~~$9.99~~











Smart Care Super Setting Lotion 4oz
**$2.99** ~~$3.99~~

Smart Care Virgin Hair Care Mink Oil 4oz
**$5.99** ~~$7.99~~

Smart Care 100% Virgin Rose Water 4oz
**$5.99** ~~$9.99~~

Smart Care Virgin Growth Oil Retention & Growth Formula 4oz
**$5.99** ~~$7.99~~

Smart Care 100% Virgin Shea Nut Butter No Color No Perfume
**$1.00** ~~$1.99~~

Smart Care 5 Minute Curl Set & Wave Lotion Concentrated 6oz
**$4.99** ~~$7.99~~

Smart Care 36 Hour Brazilian Braid Edge Tamer Extreme Firm Hold
**$2.99** ~~$4.99~~

Smart Care 100% All Natural Aloe Vera Healing Gel 8oz
**$4.99** ~~$6.99~~

Show: 20 ▼ ‹ 1 2 **3** 4 ›

SIGN UP TODAY Get Exclusive offers, Discounts and newsletters
Enter your email REGISTER

SamsBeauty
Toll Free Number 1-888-920-SAMS(7267)
EMAIL sales@samsbeauty.com
FOLLOW US

ABOUT SamsBeauty
About us
Career
Site Map

MY ACCOUNT
My Information
Order History
Wish List
My Point & Coupon & Credit

CUSTOMER SERVICE
Contact us
Track order
Price match
Return
Policy

DISCOVER
Hot Now
SamsBeauty Reward
Beauty Tip

© 2008 - 2021. SamsBeauty.com. All Rights Reserved.





**Smart Care Hand Sanitizer Non Sterile Solution 8oz**

USES
- Hand sanitizer to help reduce bacteria that potentially can cause disease.
- For use when soap and water are not available.

DO NOT USE
- In children less than 2 months of age
- On open skin wounds

DIRECTIONS
- Place enough product on hands to cover all surfaces. Rub hands together until dry.
- Supervise children under 6 years of age when using this product to avoid swallowing.

Case 5:21-cv-00638-JWH-kk    Document 1    Filed 04/09/21    Page 53 of 67    Page ID #:52



4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 53 of 67 Page ID #:53
Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle) | SamsBeauty

HAND
SANITIZER
NON-STERILE SOLUTION
Alcohol 70%
SMART CARE®
Alcohol Antiseptic 70%
Topical Solution
HAND
SANITIZER
Non-sterile Solution
8 Fl Oz ( 237 mls)

# USES

Hand sanitizer to help reduce bacteria that potentially can cause disease.

https://www.samsbeauty.com/service/Smart-Care-Hand-Sanitizer-Non-Sterile-Solution-8oz-Pump-Bottle-g-21671776.html 3/7





Alcohol Antiseptic 70%
Topical Solution
HAND SANITIZER
Non-sterile Solution
For use when soap and water are not available.



HOW TO USE
1
Dispense the hand sanitizer on your palms.
2
Rub well over palms, back of hands and fingernails until dry.
3
Waterless use for refreshingly clean hands.

## Reviews

HAND
SANITIZER
Alcohol 70%

PERSONAL CARE
BEST ESSENTIALS TO BUY NOW

    

★★★★★ 2 reviews

< 1 / 1 >

WRITE REVIEW

Angelica [04/11/2020] ★★★★★

**GREAT STUFF**

It"s nice and smooth, dries quickly, and feels great once dried. It"s very perfumey but I don"t mind it... My husband probably will lol

niki [04/02/2020] ★★★★★

**ORDERING MORE!**

I purchased 2 of these sanitizers and I definitely will be ordering more! It has a pleasant fragrance and definitely comes in handy.

## RELATED ITEM

< 1 / 2 >

KN95 Respirator Disposable 3D Face Protection Mask

**$1.99** ~~$5.99~~

Disposable Vinyl Gloves 6 Gloves

**$1.49** ~~$1.99~~

Purease Sterilize Antiseptic Hand Sanitizer Gel Lemon Sent 16.9oz

**$2.99** ~~$9.99~~

★★★★★

DIY Bandana Face Mask Set

**$3.99** ~~$5.99~~

★★★★★

Premium 4-Ply Protective Filtration Disposable Face Mask Set 50pcs

**$6.99** ~~$19.99~~

## RECENTLY VIEWED

< 1 / 1 >

★★★★★

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

**$3.99** ~~$9.99~~

SIGN UP TODAY Get Exclusive offers, Discounts and newsletters

Enter your email REGISTER

Sams★Beauty

Toll Free Number 1-888-920-SAMS(7267)

EMAIL sales@samsbeauty.com

FOLLOW US

ABOUT SamsBeauty
About us
Career
Site Map

MY ACCOUNT
My Information
Order History
Wish List
My Point & Coupon & Credit

CUSTOMER SERVICE
Contact us
Track order
Price match
Return
Policy

DISCOVER
Hot Now
SamsBeauty Reward
Beauty Tip

© 2008 - 2021. SamsBeauty.com. All Rights Reserved.

4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 58 of 67 Page ID #:58
Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz - Sams Beauty

FreeBeautygift with No Minimum on all AliHairs Purchases PROMO CODE FREEALI

$4.99 FLAT RATE SHIPPING / FREE SHIPPING OVER $59.99

SamsBeauty Enter Keyword Hello, Beautiful | SIGN IN | SIGN UP

NEW BEST WIGS LACE WIGS VIRGIN HAIR WEAVES BRAIDS HAIR PIECES HAIR CARE TOOLS MAKEUP ACCESSORIES SALE&DEALS

MAKEUP > PERSONAL CARE > HAND SANITIZER

PROTECT YOUR HANDS FROM GERMS
SMART CARE
NON ALCOHOL Topical Solution
HAND SANITIZER
Non-Sterile Solution

ITEM: 82299417

# Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

**$3.99** ~~$9.99~~

QTY

1

ADD TO BAG

**Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz**

- Active Ingredient
- Benzalkonium Chloride 0.12%
- De-Ionized Water
- Glycerin
- Aloe Vera
- Dmdm Hydantoin Preservative

**USES**

Hand sanitizer to decrease bacteria on the skin-recommended for repeated use.

**DRUG FACTS (CONT.)**

**STOP USE AND CONSULT A DOCTOR IF** IRRITATION OR REDNESS DEVELOPS.

**KEEP OUT OF REACH OF CHILDREN.** IF SWALLOWED, GET MEDICAL ASSISTANCE OR CINTACT A POISON CONTROL CENTER IMMEDIATELY.

**DIRECTIONS** RUB THOROUGHLY OVER ALL SURFACES OF BOTH HANDS. RUB HANDS TOGETHER BRISKLY UNTIL DRY.

**INACTIVE INGREDIENTS** ALOE BARBADENSIS LEAF EXTRACY. FRAGRANCE, HYDROZYETHYL, CELLULOSE, PROPYLENE GLYCOL, WATER.

https://www.samsbeauty.com/service/Smart-Care-Hand-Sanitizer-Non-Alcohol-and-Sterile-Solution-8oz-g-82299417.html 1/3

## DRUG FACTS

**ACTIVE INGREDIENT** — **PURPOSE**

BENZALKONIUM CHLORIDE 0.12% — ANTISEPTIC
DE-IONIZED WATER
GLYCERIN
ALOE VERA
DMDM HYDANTOIN PRESERVATIVE

**USES** HAND SANITIZER TO DECREASE BACTERIA ON THE SKIN - RECOMMENDED FOR REPEATED USE.

**WARNINGS**
**FOR EXTERNAL USE ONLY**

**WHEN USING THIS PRODUCT** KEEP OUT OF EYES. IN CASE OF CONTACT, FLUSH EYE WITH WATER.

## DRUG FACTS (CONT.)

**STOP USE AND CONSULT A DOCTOR IF** IRRITATION OR REDNESS DEVELOPS.

**KEEP OUT OF REACH OF CHILDREN.** IF SWALLOWED. GET MEDICAL ASSISTANCE OR CONTACT A POISON CONTROL CENTER IMMEDIATELY.

**DIRECTIONS** RUB THOROUGHLY OVER ALL SURFACES OF BOTH HANDS. RUB HANDS TOGETHER BRISKLY UNTIL DRY.

**INACTIVE INGREDIENTS** ALOE BARBADENSIS LEAF EXTRACT. FRAGRANCE, HYDROXYETHYL-CELLULOSE, PROPYLENE GLYCOL, WATER.

## Reviews

    

0 reviews

1 / 1

WRITE REVIEW

## RELATED ITEM

1 / 1

Premium 4-Ply Protective Filtration Disposable Face Mask

**$1.99** ~~$9.99~~

Liquid Pro Hand Sanitizer Gel with Aloe 2oz

**$1.00** ~~$2.99~~

Fisk Hand Sanitizer Natural Safe and Effective Waterless Hand Cleanser 2.5oz

**$1.00** ~~$2.99~~

Magic Collection Travel Size Pump Bottle 75ml

**$1.99** ~~$2.99~~

## RECENTLY VIEWED

1 / 1

Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

**$3.99** ~~$9.99~~

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

**$3.99** ~~$9.99~~

SIGN UP TODAY Get Exclusive offers, Discounts and newsletters

Enter your email REGISTER

SamsBeauty

Toll Free Number 1-888-920-SAMS(7267)
EMAIL sales@samsbeauty.com

FOLLOW US

ABOUT SamsBeauty
About us
Career
Site Map

MY ACCOUNT
My Information
Order History
Wish List
My Point & Coupon & Credit

CUSTOMER SERVICE
Contact us
Track order
Price match
Return
Policy

DISCOVER
Hot Now
SamsBeauty Reward
Beauty Tip

© 2008 - 2021. SamsBeauty.com. All Rights Reserved.





ITEM: 80465017

# Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)

1 reviews

$5.99 ~~$9.99~~

QTY

1

ADD TO BAG

**Smart Care Hand Sanitizer Non Sterile Solution 8oz**

USES

- Hand sanitizer to help reduce bacteria that potentially can cause disease.
- For use when soap and water are not available.

DO NOT USE

- In children less than 2 months of age
- On open skin wounds

DIRECTIONS

- Place enough product on hands to cover all surfaces. Rub hands together until dry.
- Supervise children under 6 years of age when using this product to avoid swallowing.



4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 63 of 67 Page ID #:63
Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap) | SamsBeauty

SMART CARE®
Alcohol Antiseptic 70%
Topical Solution
HAND
SANITIZER
Non-sterile Solution
8 Fl Oz ( 237 mls)
HAND
SANITIZER
NON-STERILE SOLUTION
Alcohol 70%

# USES

Hand sanitizer to help reduce bacteria that potentially can cause disease.

https://www.samsbeauty.com/service/Smart-Care-Hand-Sanitizer-Non-Sterile-Solution-8oz-Disc-Cap-g-80465017.html 3/7



4/9/2021 Case 5:21-cv-00638-JWH-kk Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap) - SamsBeauty Document 1 Filed 04/09/21 Page 64 of 67 Page ID #:64

Alcohol Antiseptic 70%
Topical Solution
HAND
SANITIZER
Non-sterile Solution

For use when soap and water are not available.

https://www.samsbeauty.com/service/Smart-Care-Hand-Sanitizer-Non-Sterile-Solution-8oz-Disc-Cap-g-80465017.html 4/7





HOW TO USE
1
Dispense the hand sanitizer on your palms.
2
Rub well over palms, back of hands and fingernails until dry.
3
Waterless use for refreshingly clean hands.

## Reviews







★★★★★ 1 reviews

1 / 1

WRITE REVIEW

ameshia [05/03/2020] ★★★★★

**GREAT**

This hand sanitizer is wonderful

## RELATED ITEM

1 / 4

Multy Scarf for Head and Face and Neck

**$2.99** ~~$4.99~~

★☆☆☆☆

3D Fashion Protective Washable Black Face Mask with Breathing Valve

**$1.99** ~~$6.99~~

Black Disposable Medical Sanitary Surgical Facial Mask 50pcs

**$6.99** ~~$14.99~~

Sani-Pro+
HAND
SANITIZER

Sani-Pro Alcohol 80% Hand Sanitizer Spray 3.4oz

**$2.99** ~~$5.99~~

★★★★★

DIY Bandana Face Mask Set

**$3.99** ~~$5.99~~

## RECENTLY VIEWED

1 / 1

HAND
SANITIZER

★★★★★

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap)

**$5.99** ~~$9.99~~

HAND
SANITIZER

Smart Care Hand Sanitizer Non Alcohol and Sterile Solution 8oz

**$3.99** ~~$9.99~~

HAND
SANITIZER

★★★★★

Smart Care Hand Sanitizer Non Sterile Solution 8oz (Pump Bottle)

**$3.99** ~~$9.99~~

SIGN UP TODAY Get Exclusive offers, Discounts and newsletters
Enter your email
REGISTER
Sams★Beauty
Toll Free Number 1-888-920-SAMS(7267)
EMAIL sales@samsbeauty.com
FOLLOW US
ABOUT SamsBeauty
About us
Career
Site Map
MY ACCOUNT
My Information
Order History
Wish List
My Point & Coupon & Credit
CUSTOMER SERVICE
Contact us
Track order
Price match
Return
Policy
DISCOVER
Hot Now
SamsBeauty Reward
Beauty Tip
© 2008 - 2021. SamsBeauty.com. All Rights Reserved.

4/9/2021 Case 5:21-cv-00638-JWH-kk Document 1 Filed 04/09/21 Page 67 of 67 Page ID #:67
Smart Care Hand Sanitizer Non Sterile Solution 8oz (Disc Cap) - SamsBeauty

https://www.samsbeauty.com/service/Smart-Care-Hand-Sanitizer-Non-Sterile-Solution-8oz-Disc-Cap-g-80465017.html 7/7